**Bennie Buial NELMS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28029.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

PER CURIAM.

The offense is driving a motor vehicle while intoxicated, with a prior conviction; the punishment, 2 years and 6 months in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.